lees in Nos. 117 and 119. *Solicitor General Sobeloff* for appellants in Nos. 119 and 334, with whom were *Edward M. Reidy* and *Neil Brooks* in No. 119 and *Assistant Attorney General Barnes, Daniel M. Friedman* and *Samuel R. Howell* in No. 334. *John R. Barry* for the Public Service Commission of Utah et al., *William J. Hickey* for the American Short Line Railroad Association, and *Lee J. Quasey* for the National Live Stock Producers Association et al., appellees in Nos. 332 and 333. Reported below: Nos. 117, 118 and 119, 132 F. Supp. 72; Nos. 332, 333 and 334, 131 F. Supp. 372.

No. 323. UNITED STATES EX REL. DARCY *v.* HANDY, WARDEN, ET AL. C. A. 3d Cir. Certiorari granted. *Charles J. Margiotti* for petitioner.

No. 342. CZAPLICKI *v.* THE HOEGH SILVERCLOUD ET AL. C. A. 2d Cir. Certiorari granted. *Nathan Baker* for petitioner. *James M. Estabrook* and *Francis X. Byrn* for The Hoegh Silvercloud et al., and *Raymond J. Scully* for the Hamilton Marine Contracting Co., Inc., respondents.

No. 351. ARCHAWSKI ET AL. *v.* HANIOTI. C. A. 2d Cir. Certiorari granted. *Harry D. Graham* for petitioners. Respondent *pro se.*

No. 37, Misc. DURLEY *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari granted. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.